UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BMO HARRIS BANK N.A.,

    Plaintiff,

v.

FLAMING EAGLE EXPRESS INC. and
WILLIAM CARTER,

    Defendants.

Case No. 3:17-cv-03076-TLB

## ORDER ENTERING CONSENT JUDGMENT

**AND NOW**, this matter having been presented to the Court by Plaintiff BMO Harris Bank N.A. assignee of GE Capital US Holdings, Inc., as successor in interest to General Electric Capital Corporation and Counsel for Defendants Flaming Eagle Express Inc. and William Carter; and

The Court having found that the parties have consented to entry of judgment;

IT IS on this **25th** day of **June** 2018:

**ORDERED** that judgment is granted in favor of Plaintiff BMO Harris Bank N.A. and against Defendants Flaming Eagle Express Inc. and William Carter on Plaintiff's complaint in the amount of $180,715.69, inclusive of interest, late charges and costs of the action; and it is further

REMAINDER OF PAGE LEFT BLANK INTENTIONALLY

**ORDERED** that Defendants' counterclaim is dismissed with prejudice.

It is so ORDERED on this 25th Day of June, 2018.

_____
Hon. Timothy L. Brooks
United States District Judge

Submitted & Approved:

_____
James K. Haney, Esq.
Wong Fleming, P.C.
821 Alexander Road, Suite 200
Princeton, NJ 08540
Phone (609) 951-9520
Fax (609) 951-0270
jhaney@wongfleming.com
*Attorneys for Plaintiff BMO Harris Bank N.A.*

_____
Stevan E. Vowell, Esq.
Taylor Law Partners, LLP
303 E. Millsap
P.O. Box 8310
Fayetteville, AR 72703
Phone (479) 443-5222
Fax (479) 443-7842
svowell@taylorlawpartners.com
*Attorneys for Defendants Flaming Eagle Express Inc. and William Carter*